**C. W. WILLIS et al., Appellants,**

v.

**E. W. WILLIS, Appellee.**

Court of Appeals of Kentucky.

Nov. 13, 1959.

Richardson, Barrickman & Dickinson, Uhel O. Barrickman, Glasgow, for appellants.

J. Wood Vance, Jr., Glasgow, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment dismissing appellants' complaint. They sought recovery of $500 in the lower court.

We have carefully considered the grounds urged for reversal and we conclude they are without merit. In our opinion the trial judge properly dismissed the complaint.

Wherefore, the motion is overruled and the judgment stands affirmed.